# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-136-244**

**Effective Date of Registration:**
June 30, 2017

## Title

    **Title of Work:**   Fidget Cube

## Completion/Publication

    **Year of Completion:**   2016
   **Date of 1st Publication:**   August 30, 2016
  **Nation of 1st Publication:**   United States

## Author

-       **Author:**   Mark McLachlan
    **Author Created:**   toy design
      **Citizen of:**   United States
     **Domiciled in:**   United States
      **Year Born:**   1990

-       **Author:**   Matthew McLachlan
    **Author Created:**   toy design
      **Citizen of:**   United States
     **Domiciled in:**   United States
      **Year Born:**   1986

## Copyright Claimant

   **Copyright Claimant:**   Mark McLachlan
                3078 Meadowbrook Place, Dacono, CO, 80514, United States

   **Copyright Claimant:**   Antsy Labs LLC
                3078 Meadowbrook Place, Dacono, CO, 80514, United States
    **Transfer statement:**   By written agreement

   **Copyright Claimant:**   Matthew McLachlan
                3078 Meadowbrook Place, Dacono, CO, 80514, United States



## Rights and Permissions

  **Organization Name:** Polsinelli PC
  **Name:** Dan Mullarkey
  **Email:** dmullarkey@polsinelli.com
  **Address:** 1401 I St. NW
    Suite 800
    Washington, DC 20005 United States

## Certification

  **Name:** Daniel Mullarkey
  **Date:** June 19, 2017
  **Applicant's Tracking Number:** 089348-571475

---

  **Correspondence:** Yes