AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>USDC Northern District of Illinois |
|---|---|
| DOCKET NO.<br>1:22-cv-0180     DATE FILED<br>                        4/7/2022 | |
| PLAINTIFF<br>Antsy Labs, LLC, Zuru Inc. | DEFENDANT<br>The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached Exhibit 1 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| Format m/d/yyyy<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED<br>Format m/d/yyyy |
|---|---|---|
| CLERK<br>Thomas G Bruton | (BY) DEPUTY CLERK<br>Carolina Roman | DATE<br>4/8/2022 |

**DISTRIBUTION:**    1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-136-244
**Effective Date of Registration:**
June 30, 2017

---

## Title
_____

**Title of Work:** Fidget Cube

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** August 30, 2016
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Mark McLachlan
  **Author Created:** toy design
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1990

- **Author:** Matthew McLachlan
  **Author Created:** toy design
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1986

## Copyright Claimant
_____

**Copyright Claimant:** Mark McLachlan
3078 Meadowbrook Place, Dacono, CO, 80514, United States

**Copyright Claimant:** Antsy Labs LLC
3078 Meadowbrook Place, Dacono, CO, 80514, United States
**Transfer statement:** By written agreement

**Copyright Claimant:** Matthew McLachlan
3078 Meadowbrook Place, Dacono, CO, 80514, United States



## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Polsinelli PC |
| **Name:** | Dan Mullarkey |
| **Email:** | dmullarkey@polsinelli.com |
| **Address:** | 1401 I St. NW |
|  | Suite 800 |
|  | Washington, DC 20005 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Daniel Mullarkey |
| **Date:** | June 19, 2017 |
| **Applicant's Tracking Number:** | 089348-571475 |

**Correspondence:** Yes