UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTSY LABS, LLC;
ZURU INC.,

        **Plaintiffs,**

v.                                                    Case No. 22-cv-01801

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES, PARTNERSHIPS
AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A" TO THE COMPLAINT,

        **Defendants.**

## JOINT MOTION FOR ENTRY OF AGREED ASSET RESTRAINT ORDER FOR DEFENDANT SHEEBO

Defendant SHEEBO[1] AND/OR 5050 STYLE (hereinafter referred to as "5050 STYLE" or "Defendant") and Plaintiffs, ANTSY LABS, LLC AND ZURU, INC. (collectively "Plaintiffs"), move this Court for the entry of the attached proposed Agreed Order decreasing Sheebo's asset restraint, and, in support, states:

1. The Court entered temporary restraining orders under seal on April 26 and 28, 2022 [DE 16 and 17], and extended on May 10, 2022 through May 26, 2022 [DE 22]. The Court granted Plaintiffs' Motion for Entry of a Preliminary Injunction, substantially identical to the temporary restraining orders on May 26, 2022 [DE 28].

2. Plaintiff has advised that their evidence indicates Sheebo has sold approximately $1,875 in alleged infringing items.

---

[1] The brand store name is Sheebo, and the Seller's name is 5050 Style.

3. The Declaration of Sheebo in support of it's Motion to Dissolve, dated May 16, 2022, indicates that the amount of assets frozen as of April 28th was $24,000.00 and rising daily.

4. The parties have agreed to limit the amount of assets frozen by Amazon to $4,000.00 pending the resolution of these proceedings or a settlement agreement, whichever occurs first.

5. Attached hereto is a proposed agreed order limiting the asset restraint of Sheebo to $4,000.

WHEREFORE, the Plaintiff and the Defendant, SHEEBO, respectfully requests that the Court enter the attached order and for any and all further relief as this Court deems just and proper.

Dated: June 1, 2022.

Respectfully Submitted,

/s/Cory Rosenbaum
Rosenbaum, Famularo & Segal, P.C.
138A East Park Avenue
Long Beach, New York 11561
212.321.5080
cjr@Amazonsellerslawyer.com

/s/ David E. Hutchinson
Thoits Law
47 W. Polk Street, Suite 100 #221
Chicago, IL 60605
650-327-4200
dhutchinson@thoits.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTSY LABS, LLC;
ZURU INC.,

                Plaintiffs,

v.                                           Case No. 22-cv-01801

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES, PARTNERSHIPS
AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A" TO THE COMPLAINT,

                Defendants.

### AGREED ORDER REDUCING DEFENDANT SHEEBO'S ASSET RESTRAINT

The Court having reviewed the Motion and the Pleadings in this matter hereby ADJUDGES as follows:

IT IS HEREBY ORDERED that the Temporary Restraining order and Preliminary Injunction Order previously entered in this case shall be modified as to Defendant Sheebo as follows:

1.     Amazon.com ("AMAZON") shall continue to maintain as to Defendant Sheebo, the seller name 5050 Style with a client merchant token of A3TYVS8LPGCV5P, FOUR THOUSAND DOLLARS ($4,000.00) of funds in the Amazon seller accounts of Defendant Sheebo until final disposition of this case, or until further order of this Court.

2.     AMAZON shall immediately release all funds frozen, except for $4,000.00, pursuant to the Temporary Restraining Orders [DE 16 and 17] and the Preliminary Injunction Order [DE 28] relative to Defendant Sheebo.

3.     The remaining conditions of the Temporary Restraining Orders and Preliminary Injunction will remain in place as to Defendant Sheebo until further order of the Court.

4.     Plaintiff's counsel, David E. Hutchinson, shall serve a copy of this Consent Order on Amazon within one (1) day of entry of this Order, shall provide counsel with proof thereof.

THE FOLLOWING PARTIES APPROVE THE FORM OF THIS ORDER AND CONSENT TO EACH OF THE ORDERS NOTED ABOVE.


/s/ *David E. Hutchinson*
THOITS LAW
47 W Polk Street, Ste 100 #221
Chicago, IL 60605
(650) 327-4200
dhutchinson@thoits.com
*Attorney for Plaintiffs*
*Antsy Labs LLC; Zuru, Inc.*

/s/Cory Rosenbaum
Rosenbaum, Famularo & Segal, P.C.
138A East Park Avenue
Long Beach, New York 11561
212.321.5080
cjr@Amazonsellerslawyer.com
*Attorney for Defendant Sheebo*


ORDERED this ____ day of June, 2022.

_____
Honorable Sara L. Ellis
United States District Judge