UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTSY LABS, LLC;
ZURU INC.,

          Plaintiffs,

v.                                     Case No. 22-cv-01801

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES, PARTNERSHIPS
AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A" TO THE COMPLAINT,

          Defendants.

## NOTICE OF PRESENTMENT

PLEASE TAKE NOTICE that the undersigned will bring before the Honorable Sara Ellis, via zoom conferencing on motion calendar on Thursday, June 9, 2020 at 1:45 p.m., or as soon thereafter as may be heard, the following:

**JOINT MOTION FOR ENTRY OF AGREED ASSET RESTRAINT ORDER FOR DEFENDANT SHEEBO, Dckt. #35**

Movant has made a good faith effort to resolve the matters at issue herein prior to the hearing date.

*"In accordance with the Americans with Disabilities Act of 1990, persons with disabilities needing a special accommodation to participate in this proceeding should contact the ADA Coordinator no later than seven (7) days prior to proceeding at (305) 375-2006. If hearing impaired, please call the Court TDD number (305) 375-2007 for assistance."*

1

Dated: June 6, 2022.

Respectfully Submitted,
/s/Cory Rosenbaum
Rosenbaum, Famularo & Segal, P.C.
138A East Park Avenue
Long Beach, New York 11561
212.321.5080
cjr@Amazonsellerslawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 6th day of June, 2022 on David Hutchinson at DHutchinson@Thoits.com.

By: Cory Rosenbaum