IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTSY LABS LLC;<br>ZURU INC., <br><br>    Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 22-cv-01801 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(i), Plaintiffs ANTSY LABS LLC and ZURU INC. (collectively "Plaintiffs") voluntarily dismiss the following Defendant listed on Schedule A to the Complaint with prejudice:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 71 | Sheebo | https://www.amazon.com/sp?seller=A3TYVS8LPGCV5P |

Dated: June 10, 2022

Respectfully submitted,

THOITS LAW

By: /s/*David E. Hutchinson*
David E. Hutchinson (IL 6300078)
47 W. Polk Street, Ste 100 #221
Chicago, IL 60605
(650) 327-4200
DHutchinson@thoits.com

Harry Moren
Christopher Tom
400 Main Street, Suite 250
Los Altos, CA 94022
(650) 327-4200
hmoren@thoits.com
ctom@thoits.com

*Attorneys for Plaintiffs*
*Antsy Labs, LLC; and*
*ZURU INC.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

                                               /s/ *David E. Hutchinson*
                                               David E. Hutchinson